IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

PRINCE BECK,

        Petitioner-Defendant,

v.

        Case Nos. 12-cv-356-bbc
        08-cr-87-bbc

UNITED STATES OF AMERICA,

        Respondent-Plaintiff.

---

## ORDER

Upon the application of the United States,

IT IS HEREBY ORDERED, that petitioner, Prince Beck, has waived his attorney-client privilege as to all communications relating to his claim that his attorney was ineffective in his representation of Beck in case number 08-CR-87 and its appeal.

Dated this 23d day of May 2012.

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge