IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PRINCE P. BECK,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-356-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered denying petitioner Prince P. Beck's motion for post conviction relief under 28 U.S.C. § 2255.

_____      10/12/12
Peter Oppeneer, Clerk of Court                           Date