IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

          v.

PRINCE BECK,

                Defendant.

ORDER

08-cr-87-bbc
12-cv-356-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On October 11, 2012, I denied defendant Prince Beck's' motion for post conviction relief under 28 U.S.C. § 2255 for his failure to show that either his conviction or sentence is illegal.  Defendant filed a motion for reconsideration which was denied on November 30, 2012.

Now defendant has filed a notice of appeal as well as an affidavit in support of a motion to proceed in forma pauperis on appeal pursuant to 28 U.S.C. § 1915.

According to 28 U.S.C. § 1915(a), a defendant who is found eligible for court-appointed counsel in the district court proceedings may proceed on appeal in forma pauperis without further authorization "unless the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed."

1

Defendant had appointed counsel during the criminal proceedings against him and I do not intend to certify that the appeal is not taken in good faith.  Defendant's challenge to his sentence is not wholly frivolous.  A reasonable person could suppose that it has some merit. Lee v. Clinton, 209 F.3d 1025, 1026 (7th Cir. 2000).


ORDER

IT IS ORDERED that defendant Prince Beck's request for leave to proceed in forma pauperis on appeal is GRANTED.

Entered this 11th day of January, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge